FILED
2021 Jul-28  AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

      Plaintiff,

CASE NO: 2:21-CV-00134-AKK

vs.

JESSIE'S DARTMOUTH ONE STOP, LLC,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, D'Wanna Williams, and Defendant, Jessie's Dartmouth One Stop, LLC., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 28th day of July, 2021.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Frederic A. Bolling, Esq. |
| Law Office of Edward I. Zwilling, LLC | The Bolling Law Firm, LLC |
| 4000 Eagle Point Corporate Dr. | 1125 Heritage Way |
| Birmingham, Alabama, 35242 | Birmingham, AL 35211 |
| Telephone: (205) 822-2701 | Telephone: (205) 541-2470 |
| Email: edwardzwilling@zwillinglaw.com | Email: bollinglawfirm@gmail.com |
| By _____ | By: Fred Bolling (by EIZ w/ permission) |
| Edward I. Zwilling | Frederic A. Bolling, Esq. |

1