FILED
2021 Jul-28 PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action Number |
| | ) **2:21-cv-00134-AKK** |
| DARTMOUTH ONE STOP, LLC, | ) |
| Defendant. | ) |

## ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 16, this case is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs except as set forth in the settlement agreement.

**DONE** the 28th day of July, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE